UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUMMIT METALS, INC. ) | Case No. 98-2870 (RB) |
| ) | |
| Debtor, ) | |
| ) | Related Docket No. 538 |
| ) | |

### NOTICE OF APPEAL

Ambrose M. Richardson, III, a party in interest, by and through the undersigned counsel, hereby appeals under 28 U.S.C. §158(a) from the *Order Approving Trustee's Motion to Sale Certain Non-Debtor Assets and Overruling Objections* [D.I. No. 538] entered in this case on the 25th day of October, 2005.

The names of all parties to the Order appealed from, and the names and addresses of their respective attorneys, are set forth on the attached schedule.

Dated: November 3, 2005          HARVEY, PENNINGTON LTD.
Wilmington, DE

/s/ James E. Huggett
James E. Huggett, Esq. (No. 3956)
"J" Jackson Shrum, Esq.
913 Market Street, Suite 702
Wilmington, DE  19801
Telephone: 302-428-0719
Facsimile: 302-428-0734

*Counsel to A.M. Richardson, P.C.*

716193_1

## SCHEDULE OF INTERESTED PARTIES

*Chapter 11 Trustee*
Francis A. Monaco, Jr., Trustee
Joseph J. Bodnar, Esq.
Monzack and Monaco, LLP
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Official Committee of Unsecured Creditors*
Wolf Block Schorr & Solis-Cohen, LLP
Todd C. Schiltz, Esq.
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg & Ellers, LLP
260 S. Broad Street, Suite 400
Philadelphia, PA 19102

Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

Brett Fallon, Esquire
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Ellen Slights, Esquire
US Attorney's Office
1201 North Market Street, Suite 1100
Wilmington, DE 19801

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Christopher Simon, Esquire
Richard Cross, Jr., Esquire
Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801

Henry A. Heiman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Vernon R. Proctor, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam Landis, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Richard E. Gray
Rivco Management, Inc.
P. O. Box 182
Keene Valley, NY 12942

David Logisci, Esquire
Moritt Hock & Hamroff, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530

Joseph DeFranco, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, DC 20005

716193_1

William R. O'Bryan, Esquire
Miller & Martin
1200 One Nashville Place
150 4th Avenue N
Nashville, TN 37219-2433

David W. Rayment, Esquire
Cleveland Waters & Bass, PA
Two Capital Plaza
P. O. Box 1137
Concord, NH 03302

Richard M. Asche
45 Broadway Atrium
New York, NY 10006

H. Adam Prussin, Esquire
Pomerantz Haudek Block
Grossman & Gross
100 Park Avenue, 26th Floor
New York, NY 10117

Thomas H. Forrester, Esquire
Gullett Sanford Robinson
& Martin, PLLC
230 Fourth Avenue, North, 3rd Floor
P. O. Box 198888
Nashville, TN 37219

Lawrence R. Ahern, III, Esquire
Greenebaum Doll & McDonald, PLLC
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

Mark Schlachet, Esquire
1700 North Point Tower
1001 Lakeside Avenue
Cleveland, OH 44114

J. Scott Victor, Managing Director
SSG Capital Advisors, L.P.
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 17428

George Miller, CPA, CIRE, CFE
Miller Coffey Tate LLP
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Hanna Klapper
Internal Revenue Service
Office of Chief Counsel
33 Maiden Lane, 14th Floor
New York, NY 10038

David K. Fries, Esquire
Cleveland Waters & Bass, PA
Two Capital Plaza
P. O. Box 1137
Concord, NH 03302

William S. Gannon, Esquire
889 Elm Street, 4th Floor
Manchester, NH 03101

Richard G. Jacobus, Esquire
Jennifer Best, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

716193_1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUMMIT METALS, INC. ) | Case No. 98-2870 (RB) |
| ) | |
| Debtor, ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on November 3, 2005, I served a copy of the *Notice of Appeal* on the parties listed on the attached service list, in the manner there indicated.

/s/ *James E. Huggett*
James E. Huggett, Esquire (# 3956)

716201_1

**SERVICE LIST (Via First Class U.S. Mail)**

*Chapter 11 Trustee*
Francis A. Monaco, Jr., Trustee
Joseph J. Bodnar, Esq.
Monzack and Monaco, LLP
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Official Committee of Unsecured Creditors*
Wolf Block Schorr & Solis-Cohen, LLP
Todd C. Schiltz, Esq.
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg & Ellers, LLP
260 S. Broad Street, Suite 400
Philadelphia, PA  19102

Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE  19801

Brett Fallon, Esquire
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Ellen Slights, Esquire
US Attorney's Office
1201 North Market Street, Suite 1100
Wilmington, DE  19801

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

Christopher Simon, Esquire
Richard Cross, Jr., Esquire
Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE  19801

Henry A. Heiman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE  19801

Mark Minuti, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

Vernon R. Proctor, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Adam Landis, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Richard E. Gray
Rivco Management, Inc.
P. O. Box 182
Keene Valley, NY  12942

David Logisci, Esquire
Moritt Hock & Hamroff, LLP
400 Garden City Plaza, Suite 202
Garden City, NY  11530

Joseph DeFranco, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, DC  20005

716201_1

William R. O'Bryan, Esquire
Miller & Martin
1200 One Nashville Place
150 4th Avenue N
Nashville, TN 37219-2433

David W. Rayment, Esquire
Cleveland Waters & Bass, PA
Two Capital Plaza
P. O. Box 1137
Concord, NH 03302

Richard M. Asche
45 Broadway Atrium
New York, NY 10006

H. Adam Prussin, Esquire
Pomerantz Haudek Block
Grossman & Gross
100 Park Avenue, 26th Floor
New York, NY 10117

Thomas H. Forrester, Esquire
Gullett Sanford Robinson
& Martin, PLLC
230 Fourth Avenue, North, 3rd Floor
P. O. Box 198888
Nashville, TN 37219

Lawrence R. Ahern, III, Esquire
Greenebaum Doll & McDonald, PLLC
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

Mark Schlachet, Esquire
1700 North Point Tower
1001 Lakeside Avenue
Cleveland, OH 44114

J. Scott Victor, Managing Director
SSG Capital Advisors, L.P.
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 17428

George Miller, CPA, CIRE, CFE
Miller Coffey Tate LLP
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Hanna Klapper
Internal Revenue Service
Office of Chief Counsel
33 Maiden Lane, 14th Floor
New York, NY 10038

David K. Fries, Esquire
Cleveland Waters & Bass, PA
Two Capital Plaza
P. O. Box 1137
Concord, NH 03302

William S. Gannon, Esquire
889 Elm Street, 4th Floor
Manchester, NH 03101

Richard G. Jacobus, Esquire
Jennifer Best, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

716201_1