IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                                    IN PROCEEDINGS UNDER CHAPTER 11

SUMMIT METALS, INC.,                          CASE NO. 98-2870

                                                             JUDGE RANDOLPH BAXTER
           Debtor.

## JUDGMENT

At Cleveland, in said District, on this 24th day of October, 2005.

A Memorandum Of Opinion And Order having been rendered by the Court in this matter,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Trustee's motion to sale certain non-debtor assets is hereby approved. The objections are hereby overruled. Each party is to bear its respective costs.

IT IS SO ORDERED.

JUDGE RANDOLPH BAXTER
UNITED STATES BANKRUPTCY COURT