**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Clerk of Court                                                              824 Market Street
David D. Bird                                                               Wilmington, DE 19801
                                                                            (302) 252-2900

Date:   December 16, 2005

To:     **Peter Dalleo, Clerk**
        U.S. District Court
        District of Delaware
        U.S. Courthouse - 844 King Street
        Wilmington, DE 19801

Re:     Summit Metals, Inc.
        Case #98-2870 (DDS)

      Enclosed is the bankruptcy Record on **Appeal #AP-05-80**.  Please acknowledge receipt on the copy provided.

| Enclosed Items: | Additional Items: |
|---|---|
| **Notice of Appeal: #05-80** | --Motion to Strike Appellant's Designation of Certain Items. |
| **Appealable Orders: Yes** | --Motion to Dismiss Appeal as Moot. |
| **Statement of Issues on Appeal: Yes** | --Memorandum In Support of Motion to Dismiss. |
| **Appellants Designations: Yes** | --Exhibit A to Memorandum In Support of Motion to Dismiss. |
| **Appellee Designations: Yes** | –Order Striking Appellant's Designation of Certain Items. |

                                                                Sincerely,
                                                                Matthew J. Yovino
                                                                Deputy Clerk

__X__ Filing fee paid on __11/4/05__
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____                 C.A. No.: __252-2900 x5113__
    Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Bankruptcy Case Number: **98-2870**
Deputy Clerk Transferring Case: Matthew J. Yovino (302) 252-2900 x5113
Appeal #: **(AP-05-80)**

**Order, Date Entered and Issues**

Order Approving Trustee's Motion to Sale Certain Non-Debtor Assets and Overruling Objections. [Docket No. 538 Entered 10/24/05]

| | |
|---|---|
| **Debtors:** | **Summit Metals, Inc.** |
| **Counsel:** | **Jennifer Lee Scoliard** |
| | Klehr Harrrison Harvey Branzburg & Eller |
| | 919 Market Street |
| | Suite 1000 |
| | Wilmington, DE 19801 |
| **Telephone:** | 302-552-5510 |
| **Appellant:** | **Ambrose M. Richardson, III** |
| **Counsel:** | **James E. Huggett** |
| | 913 Market Street |
| | Suite 702 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 428-0719** |
| **Appellee:** | **Francis A. Monaco, Jr., Chapter 11 Trustee** |
| **Counsel:** | **Joseph J. Bodnar** |
| | Monzack and Monaco, P.A. |
| | 1201 Orange Street |
| | Suite 400 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 656-8162** |