IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| SUMMIT METALS, INC., | : | |
| | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 98-2870 (RB) |
| | : | **Re: Docket No. 547** |

### CHAPTER 11 TRUSTEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Francis A. Monaco, Jr., the Chapter 11 Trustee ("Chapter 11 Trustee") in the above-captioned case, by and through his undersigned counsel, pursuant to Federal Rule of Bankruptcy 8006, hereby files his counter-designation of items to be included in the record on appeal of the Order Granting the Motion (the "Sale Motion") of the Chapter 11 Trustee for Authority to Consent to the Sale of Substantially All of the Assets of Debtor's Subsidiary, Riverside Millwork Co., Inc. entered on October 24, 2005 (the "Sale Order").

### COUNTER-DESIGNATION OF ITEMS TO BE PRESENTED ON APPEAL

| NUMBER | DATE OF FILING | DOCKET NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 10/07/2005 | 528 | Motion for Leave to File Omnibus Reply Papers to the Objections filed by Richard Gray, A.M. Richardson and the Official Committee of Unsecured Creditors to the Trustee's Motion for Authority to Consent to the Sale of Substantially All of the Assets of Debtor's Subsidiary (Filed by Francis A. Monaco, Jr., Chapter 11 Trustee) |
| 2 | 10/07/2005 | 529 | Motion of RHC Acquisition, Inc. for Leave of Court to File a Response to the Objections Filed by Richard Gray, A.M. Richardson and The Official Committee of Unsecured Creditors to the Trustee's Motion for Authority to Consent to Sale of All or Substantially All of the Assets of Debtor's Subsidiary (Filed by RHC Acquisition, Inc.) |

| | | | |
|---|---|---|---|
| 3 | 10/11/2005 | 531 | Order Granting Authority to File Omnibus Reply Papers to the Objections. |
| 4 | 10/11/2005 | 532 | Order Granting RHC Acquisition, Inc. Leave of Court to File a Response. |
| 5 | 10/24/2005 | 537 | Memorandum of Opinion and Order Approving Trustee's Motion to Sale Certain Non-Debtor Assets and the Objections are Overruled |
| 6 | 10/24/2005 | 538 | Order Approving Trustee's Motion to Sell Certain Non-Debtor Assets and Overruling Objections. |
| 7 | 11/03/2005 | 542 | Notice of Appeal (Filed by Ambrose M. Richardson, III) |
| 8 | 11/14/05 | 547 | Statement of Issues on Appeal and Designation of Record on Appeal Regarding Court's Order Approving Sale of Non-Debtor Assets (Filed by Ambrose M. Richardson, III) |

Dated: November __, 2005        **MONZACK AND MONACO, P.A**


   __/s/ Joseph J. Bodnar_____
   Joseph J. Bodnar (#2512)
   1201 Orange Street, Suite 400
   Wilmington, Delaware 19801
   (302) 656-8162

   *Attorneys for the Chapter 11 Trustee*