IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**8

IN RE: SUMMIT METALS, INC.

---

|  |  |  |
|---|---|---|
| Ambrose M. Richardson, III | ) | |
|  | ) | |
| Appellant | ) | Civil Action No.   05-876 |
| v. | ) | |
|  | ) | |
| Francis A. Monaco, Jr., Chapter 11 Trustee | ) | |
|  | ) | |
| Appellee | ) | Bankruptcy Case No. 98-2870 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/24/05 was docketed in the District Court on 12/16/05:

    Order Approving Trustee's Motion to Sale Certain Non-Debtor Assets
    and Overruling Objections

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                Peter T. Dalleo
                                Clerk of Court

Date:   December 19, 2005

To:     U.S. Bankruptcy Court
        Counsel