IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 98-2870 |
| SUMMIT METALS, INC. | ) ) ) | |
| Debtor, | ) ) | |
| AMBROSE M. RICHARDSON, III, | ) ) ) | |
| Appellant, | ) ) | Appeal No. 1:05-cv-876 (KAJ) |
| v. | ) ) | |
| FRANCIS A. MONACO, JR., TRUSTEE, *et al.*, | ) ) ) | |
| Appellees. | ) ) | |

### ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Upon consideration of the Appellant's *Motion for Extension of Time to File Appellant's Opening Brief* (the "Motion"), the deadline by which the Appellant must file its opening brief is hereby rescheduled to **February 11, 2006**, or within ten (10) days after the Court renders its decision with respect to the pending Motion to Dismiss, whichever is earlier. All other scheduling procedures shall remain in effect.

Dated: January ___, 2006

THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE