IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. 98-2870 |
| | ) | |
| SUMMIT METALS, INC. | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| AMBROSE M. RICHARDSON, III, | ) | |
| | ) | Appeal No. 1:05-cv-876 (KAJ) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS A. MONACO, JR., TRUSTEE, | ) | |
| et al., | ) | |
| | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on January 3, 2006, I served a copy of the *Appellant's Motion for Extension of Time to File Appellant's Opening Brief* on the parties listed on the attached service list, in the manner there indicated.

/s/ *James E. Huggett*
James E. Huggett, Esquire (# 3956)

**Via First Class Mail**

Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, Delaware 19801

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19899-1397