UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| SUMMIT METALS, INC., : | Chapter 11 |
| Debtor. : | Case No. 98-2870 (RB) |
| AMBROSE M. RICHARDSON, III, : | |
| Appellant, : | |
| v. : | Appeal No. 05-0876 (KAJ) |
| FRANCIS A. MONACO, JR., TRUSTEE, et al. : | |
| Appellees. : | |

**CERTIFICATE OF SERVICE**

    I, hereby certify that on January 9, 2006, I electronically filed the Appellee RHC Acquisition, Inc's Reply to Appellant's Response in Opposition to Francis A. Monaco, Jr., Chapter 11 Trustee's Motion to Dismiss Appeal and Affidavit of Mr. Lynn Bartley with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on January 9, 2006, I have mailed the document by Hand delivery to:

Francis A. Monaco, Jr., Trustee
Joseph J. Bodnar, Esq.
Monzack and Monaco, LLP
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

James E. Huggett, Esq.
Harvey Pennington Ltd.
913 North Market Street
7th Floor
Wilmington, DE 19801

Jennifer L. Scoliard, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**KLETT ROONEY LIEBER & SCHORLING,**
**a Professional Corporation**

/s/Teresa K.D. Currier
 Teresa K.D. Currier. (3080)
 1000 West Street, Suite 1410
 Wilmington, DE 19801
 Telephone: (302) 552-4200
 Facsimile: (302) 552-4295
 E-Mail: Currier@klettrooney.com