**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                              :
                                                    :
SUMMIT METALS, INC.,                                :
                                                    :        Chapter 11
                                                    :
                              Debtor.               :        Case No. 98-2870 (KJC)
                                                    :
_____                    :
AMBROSE M. RICHARDSON, III,                         :
                                                    :
                      Appellant,                    :
                                                    :        Appeal  No. 05-0876 (KAJ)
              v.                                     :
                                                    :
FRANCIS A. MONACO, JR., TRUSTEE, et al.:
                                                    :
                      Appellees.                    :
_____

**NOTICE OF COMPLETION OF BRIEFING RELATING TO APPELLEES' MOTION
TO DISMISS AMBROSE M. RICHARDSON, III'S APPEAL
Re:  Docket Nos. 5 and 6**

On December 16, 2005, Appellee Francis A. Monaco, Jr., Chapter 11 Trustee (the

"Trustee" or "Appellee") of Summit Metals, Inc. ( the "Debtor"), by and through his undersigned

counsel, filed and served the Motion to Dismiss Ambrose M. Richardson, III's ("Appellant")

Appeal ("Motion") (Docket No. 5).

The relevant pleadings with regard to the Motion found in the Docket for Civil Action

No. 05-876 are as follows:

| Date | Docket No. | Pleading |
|------|-----------|----------|
| 12/16/2005 | 5 | Chapter 11 Trustee's Motion to Dismiss the Appeal |
| 12/16/2005 | 6 | Chapter 11 Trustee's Memorandum of Law in Support of the Motion to Dismiss the Appeal |
| 12/19/2005 | 9 | RHC Acquisition, Inc.'s Joinder to the Motion to Dismiss the Appeal and Memorandum of Law in Support of Motion to Dismiss Appeal |

| 12/30/2005 | 10 | Appellant's Response to Motion to Dismiss Appeal |
| 1/9/2006 | 12 | RHC Acquisition, Inc.'s Reply to Appellant's Response to Motion to Dismiss Appeal |
| 1/9/2006 | 13 | Chapter 11 Trustee's Reply to Appellant's Response to Motion to Dismiss Appeal |
| 1/10/2006 | 14 | Letter to the Honorable Kent A. Jordan Regarding the Status of Appeal and the Motion to Dismiss Appeal |

Copies of all pleadings referred to above, with any attached exhibits, will be submitted to the Court.  Counsel for the Appellee available at the convenience of the Court, if oral argument is necessary.


Dated: January __, 2006                    **MONZACK AND MONACO, P.A.**


                                                      __/s/ Joseph J. Bodnar_____
                                                      Joseph J. Bodnar (#2512)
                                                      1201 N. Orange Street, Suite 400
                                                      Wilmington, DE  19801
                                                      T:  (302) 656-8162

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SUMMIT METALS, INC., | : | |
| | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 98-2870 (KJC) |
| | : | |
| AMBROSE M. RICHARDSON, III, | : | |
| | : | |
| Appellant, | : | |
| | : | Appeal  No. 05-0876 (KAJ) |
| v. | : | |
| | : | |
| FRANCIS A. MONACO, JR., TRUSTEE, et al. | : | |
| | : | |
| Appellees. | : | |

**CERTIFICATE OF SERVICE**

      **I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on January 11, 2006 upon:**

**Via Electronic Mail**

James E. Huggett, Esquire
"J" Jackson Shrum, Esquire
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801

Jennifer L. Scoliard, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Ste. 1000
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Mary Caloway, Esq.
Klett Rooney Lieber & Schorling
1201 Market Street, 15th Floor
Wilmington, DE  19899


       Under penalty of perjury, I declare that the foregoing is true and correct.


\_\_1/11/2006_____          \_\_/s/ Heidi E. Sasso_____
Date                                      Heidi E. Sasso