IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: SUMMIT METALS INC. | : | Bankruptcy Case No. 98-2870 (KJC) |
| Debtor | : | |
| AMBROSE M. RICHARDSON, III | : | C.A. NO. 05-876 (KAJ) |
| Appellant, | : | |
| v. | : | |
| FRANCIS A. MONACO, JR., Chapter 11 Trustee, | : | |
| Appellee. | : | |

## NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Vincent J. Poppiti, was appointed to serve as mediator for the parties to the captioned appeal. On January 10, 2006, I was informed by the parties that a mediation session would not be necessary at this time because of a pending Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** the mediation can be resumed thereafter, if a compromise can not be reached

Dated: January 11, 2006

BLANK ROME LLP

Vincent J. Poppiti (DSBA No. 100614)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6410

Court Appointed Mediator

900200.00001/40159144v.1

## CERTIFICATE OF SERVICE

I, Vincent J. Poppiti, hereby certify that on this 11th day of January, 2006, I caused a true and correct copy of the foregoing *Notice of Completion* to be served on the following counsel of record by electronic delivery:

Joseph J. Bodnar, Esquire
Monzack & Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Teresa K.D. Currier, Esquire
Mary Caloway, Esquire
Klett Rooney Lieber & Schorling
1201 Market Street, 15th Floor
Wilmington, DE 19899

James E. Huggett, Esquire
"J" Jackson Shrum, Esquire
Harvey, Pennington Ltd.
913 Market Street, Sutie 1000
Wilmington, DE 19801

Jennifer L. Scoliard, Esquire
Klehr Harrison Harvey Branzberg
 & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

_____
Vincent J. Poppiti (DSBA No. 100614)

900200.00001/40159144v.1