IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SUMMIT METALS, INC., <br><br> Debtor. | Bankruptcy Case No. 98-2870 (KJC) |
| AMBROSE M. RICHARDSON, III, <br><br> Appellant, <br><br> v. <br><br> FRANCIS A. MONACO, JR., Chapter 11 Trustee, et al., <br><br> Appellees. | Civil Action No. 05-876-KAJ |

### ORDER

Oral argument on the pending motion to dismiss in the above-captioned action will be heard on **March 10, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated:   February 8, 2006
Wilmington, Delaware