IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| SUMMIT METALS, INC., | : Chapter 11 |
| Debtor. | : Case No. 98-2870 (RB) |
| AMBROSE M. RICHARDSON, III, | : |
| Appellant, | : |
| v. | : Appeal No. 05-0876 (KAJ) |
| FRANCIS A. MONACO, JR., TRUSTEE, et al. | : |
| Appellees. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Bruce A. Harwood to represent RHC Acquisition, Inc.

Teresa K.D. Currier (No. 3080)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Counsel to RHC Acquisition, Inc.

Date: February __, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2006          _____
                                    United States District Court Judge

KRLSWLM: 64829

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the States of Illinois (inactive) and New Hampshire (active), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Bruce A. Harwood, Esquire
Sheehan Phinney Bass + Green
Professional Association
1000 Elm Street
Manchester, NH 03105-3701
(603) 627-8139


Date: February 9, 2006


KRLSWLM: 64829