IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: SUMMIT METALS, INC., ) | |
| ) | Bankruptcy Case No. 98-2870 (KJC) |
| Debtor. ) | |
| _____ ) | |
| AMBROSE M. RICHARDSON, III, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 05-876-KAJ |
| ) | |
| FRANCIS A. MONACO, JR., Chapter 11 ) | |
| Trustee, et al., ) | |
| ) | |
| Appellees. ) | |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 10 PM 3: 15

### ORDER

For the reasons set forth by the Court following oral argument today,

IT IS HEREBY ORDERED that the Appellee's motion to dismiss the appeal (D.I. 5) is GRANTED.

IT IS FURTHER ORDERED that appellant's motion for extension of time to file appellant's opening brief (D.I. 11) is DENIED AS MOOT.

_[signature]_
UNITED STATES DISTRICT JUDGE

Dated:   March 10, 2006
Wilmington, Delaware